**COMMONWEALTH of Pennsylvania,**
**Petitioner,**

v.

**Paul A. PLETCHER, Respondent.**

Supreme Court of Pennsylvania.

April 6, 1999.

Jonelle L. Harter, Executive Deputy Prosecutor, Timothy J. Barker, Deputy Prosecutor, for petitioner.

### ORDER

PER CURIAM.

**AND NOW,** this 6th day of April, 1999, the Petition for Allowance of Appeal is granted, limited to whether the victim's hearsay statements of July 9, 1994 constituted excited utterances.

**Sue Ann M. HORRELL, Petitioner,**

v.

**CENTURY 21 ADVANCE REALTY, INC., Stanley Steemer Carpet Cleaner and Renters Realty, Inc., Respondents.**

Supreme Court of Pennsylvania.

April 9, 1999.

Robert R. Reber, Reading, for petitioner.

### ORDER

PER CURIAM.

**AND NOW,** this 9th day of April, 1999, the Petition for Allowance of Appeal is granted. The order of the Superior Court, quashing the appeal, is vacated. The case is remanded to the Court of Common Pleas of Allegheny County for two (2) hearings on the issue of whether the untimely filing of the notice of appeal was due to a breakdown in the operation of the Court.